UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAKOTA PRATT-CAUDILL,
    Plaintiff,

vs.                                            Case   No.:   3:21cv992/LAC/EMT

ESCAMBIA BOARD OF COUNTY
COMMISSIONERS, et al.,
    Defendants.
_____/

**ORDER**

The chief magistrate judge issued a Report and Recommendation on January 25, 2022 (ECF No. 20). The court provided Plaintiff a copy of the Report and Recommendation and afforded Plaintiff an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objection has been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 20) is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Temporary Restraining Order (ECF No. 15) is **DENIED without prejudice**.

**DONE AND ORDERED** this 1st day of March, 2022.

       *s/L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**